# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1211**
**CAF 16-00605**
PRESENT: SMITH, J.P., LINDLEY, DEJOSEPH, NEMOYER, AND TROUTMAN, JJ.

---

IN THE MATTER OF STACEY WYNN MOREY,
PETITIONER-APPELLANT,

                       V                                            ORDER

SONJA ANKE FRANKLIN, RESPONDENT-RESPONDENT.
--------------------------------------------
IN THE MATTER OF SONJA ANKE FRANKLIN,
PETITIONER-RESPONDENT,

                       V

STACEY WYNN MOREY, RESPONDENT-APPELLANT.

---

BURGETT & ROBBINS, LLP, JAMESTOWN (LYDIA ALLEN CAYLOR OF COUNSEL), FOR PETITIONER-APPELLANT AND RESPONDENT-APPELLANT.

DAVID M. CVILETTE, P.C., DUNKIRK (DAVID M. CIVILETTE OF COUNSEL), FOR RESPONDENT-RESPONDENT AND PETITIONER-RESPONDENT.

JOHN JAMES WESTMAN, ATTORNEY FOR THE CHILD, JAMESTOWN.

---

     Appeal from an order of the Family Court, Chautauqua County (Michael F. Griffith, J.), entered September 2, 2015 in proceedings pursuant to Family Court Act article 6. The order, among other things, awarded the parties joint custody of the subject child.

     It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.

Entered: December 23, 2016                  Frances E. Cafarell
                                           Clerk of the Court